FILED
2008 Jul-16 PM 02:39
U.S. DISTRICT COURT
N.D. OF ALABAMA



FILED

2008 JUL 15 PM 3:45

U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

JESSICA CHAPMAN, on behalf of herself )
and others similarly situated, )
)
Plaintiff, )
)
vs. ) CIVIL ACTION NUMBER:
) CV-08-
) JURY DEMAND
) CV-08-HGD-1247-S
FRED'S STORES OF TENNESSEE, INC.,)
)
Defendants. )

# COMPLAINT

## I. INTRODUCTION

1. This is an action for declaratory judgment, equitable relief and money damages, instituted to secure the protection of and to redress the deprivation of rights secured through the Equal Pay Act of 1963, as amended, 29 U.S.C. §206(d) that provides for relief against pay discrimination in employment on the basis of sex. Jessica Chapman, on behalf of herself and all others similar situated, seeks back-pay (plus interest), liquidated and/or nominal damages, injunctive and declaratory

relief, attorney's fees and costs and expenses.

## II. JURISDICTION

2. The jurisdiction of this Court is invoked pursuant to the Equal Pay Act of 1963, as amended, 29 U.S.C. §206(d). The jurisdiction of this Court is invoked to secure protection of and redress deprivation of rights secured by 29 U.S.C. §206(d) providing for injunctive and other relief against equal pay violations.

## III. PARTIES

3. Plaintiff, Jessica Chapman, is a female citizen of the United States, and a resident of Birmingham, Jefferson County, Alabama. At all times relevant to this lawsuit, the plaintiff was employed with the defendant as an Assistant Store Manager.

4. The defendant, Fred's Stores of Tennessee, Inc. (hereinafter "Fred's"), is subject to suit under the "Equal Pay Act of 1963," as amended. The defendant is an entity doing business in the State of Alabama.

## IV. FACTUAL ALLEGATIONS

5. On information and belief, the defendant pays/paid the plaintiff (as an Assistant Manager) and all other females similar situated to the plaintiff, less than male Assistant Managers for performing jobs of equal skill,

responsibility and effort under similar working conditions than the plaintiff and other females similar situated.

6. The defendant willfully violated the Equal Pay Act by paying the plaintiff and all other female Assistant Managers unequal wages to those of similarly situated males performing a job of equal skill, responsibility and effort under similar working conditions.

7. The duties and responsibilities of an Assistant Manager at Fred's are the same and require equal skill, effort and responsibilities under similar working conditions regardless of the geographic location of the store (rural or urban), the physical size of the store, or the amount of sales generated by a store, or any other factor other than sex.

8. Upon information and belief, the plaintiff and all others similar situated have been discriminated against because of her their concerning compensation and other terms and conditions of employment in violation of the Equal Pay Act. Such discrimination also adversely affects the wages the plaintiff and all other similar situated receive as payment for workers' compensation, disability payments, and other benefits that are determined based on salary, bonus or overall compensation.

## V. PRAYER FOR RELIEF

The plaintiff, on behalf of herself and all others similar situated, seeks back-pay (plus interest), liquidated and/or nominal damages, injunctive and declaratory relief, attorney's fees and costs and expenses. Plaintiff, on behalf of herself and all others similar situated further seeks any and all other relief allowed by the Court.

Respectfully submitted,

/s/Gregory O. Wiggins
Gregory O. Wiggins
Rocco Calamusa, Jr.
Counsel for the Plaintiff

OF COUNSEL:

WIGGINS, CHILDS, QUINN & PANTAZIS, LLC
The Kress Building
301 19th Street North
Birmingham, Alabama 35203
205/314-0500

THE PLAINTIFF DEMANDS A TRIAL BY STRUCK JURY.

/s/Gregory O. Wiggins
OF COUNSEL

**DEFENDANT'S ADDRESS:**

**Serve by Certified Mail:**
Fred's Stores of Tennessee, Inc.
Corporate Office
4300 New Getwell Road
Memphis, Tennessee 38118
901/365-8880

IN THE UNITED DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

JESSICA CHAPMAN, on behalf of herself )
and others similarly situated, )
)
Plaintiff, )
)
vs. ) CIVIL ACTION NUMBER:
) CV-08-
) JURY DEMAND
)
FRED'S STORES OF TENNESSEE, INC.,)
)
Defendants. )

**CONSENT FORM**

I, Jessica F. Chapman, hereby file this consent to become a party plaintiff in the above-style lawsuit. In doing so, I confirm the following facts:

1. I work/worked as an Assistant Manager for Fred's Stores of Tennessee, Inc. (hereinafter "Fred's");

2. I have personal knowledge and/or a good faith belief that, as an Assistant Manager, I was paid less than male Assistant Manager(s) who performed work requiring equal skill, responsibility, and effort under similar working conditions as I did.

I specifically authorize the named plaintiff, along with counsel of record for the named plaintiff, as my agent to prosecute this lawsuit on my behalf, to make any and all decisions with respect to the conduct of this litigation, and to negotiate and/ or settle any and all compensation claim(s) I have against Fred's, regarding EPA claims.

Jessica F. Chapman
Name (Print)

Jessica F. Chapman
Name (Sign)

______________________
Social Security Number (Required)

Jessica F. Chapman
Name while employed at Fred's (Print)

Address: 3633 Brenda Avenue S.W.
Birmingham, AL 35221

Telephone Number(s):
______________________ (home)
837-3735 (cell)
______________________ (work)

7/11/08
Date that you signed this form

June 06 - June 07
Dates Employed as Fred's Assistant Manager

#1875 Hueytown, AL
(205) 497-3322
25,000 yr $500 week
Store name(s) and number(s) at Last Rate of Pay as an Assistant Manager