UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JESTICA CHAPMAN, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| vs. ) | Case No. 2:08-cv-01247-HGD |
| ) | |
| FRED'S STORES OF TENNESSEE, ) | |
| INC., ) | |
| ) | |
| Defendant ) | |

## **O R D E R**

On March 15, 2013, the magistrate judge's report and recommendation was entered with respect to the Motion to Facilitate Notice filed by plaintiff (Doc. 34), and the parties were allowed therein fourteen (14) days in which to file objections to the recommendations made by the magistrate judge. After obtaining an extension of time, defendant filed objections to the magistrate judge's report and recommendation on April 5, 2013. Plaintiff filed a response to the objections on April 19, 2013.

After careful consideration of the record in this case, the magistrate judge's report and recommendation, the objections thereto and the response to the objections, the court hereby ADOPTS the report of the magistrate judge. The court further ACCEPTS the recommendations of the magistrate judge and it is, therefore,

ORDERED, ADJUDGED and DECREED that:

(1) plaintiff's Motion to Facilitate Notice is due to be and hereby is GRANTED;

(2) the court CONDITIONALLY CERTIFIES a nationwide class of all female Assistant Store Mangers of Fred's Store of Tennessee, Inc., within three years prior to August 3, 2009;

(3) defendant shall provide to plaintiff the names and last known physical address of all individuals in the putative class within fourteen (14) days from the date of entry of this order;

(4) notice of this action shall be sent to all potential plaintiffs, as identified from the information provided by defendant, in the proposed form attached by plaintiff as Exhibit 1 to the Motion to Facilitate Notice; and

(5) the statute of limitations is due to be and hereby is EQUITABLY TOLLED for the period from August 3, 2009, to the date of entry of this order.

DONE this 22nd day of April, 2013.

_____
WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE