UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JESSICA CHAPMAN, on behalf of herself and others similarly situated, ) ) ) | |
| Plaintiff ) ) | |
| vs. ) ) | Case No. 2:08-cv-01247-HGD |
| FRED'S STORES OF TENNESSEE, INC., ) ) ) | |
| Defendant ) | |

## DISMISSAL ORDER

Pursuant to the Joint Stipulation of Dismissal With Prejudice filed by the parties (Doc. 94), it is ORDERED, ADJUDGED and DECREED that this action is due to be and hereby is DISMISSED WITH PREJUDICE, each party to bear its own costs.

DONE this 7th day of August, 2015.

_____
HARWELL G. DAVIS, III
UNITED STATES MAGISTRATE JUDGE